UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VISHAL,

                    Petitioner,

          v.

FERETI SEMAIA, *et al.*,

                    Respondents.

Case No. 5:26-cv-00315-FLA (JDE)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE [DKT. 16]**

1

Pursuant to 28 U.S.C. § 636, the court has reviewed the records on file, including the Petition for Writ of *Habeas Corpus* (Dkt. 1, "Petition") filed by Vishal ("Petitioner"), the court's Order granting a temporary restraining order and preliminary injunction (Dkt. 11), the Order to Show Cause (Dkt. 13), Respondents' Status Report (Dkt. 12), Petitioner's Response (Dkt. 14), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 16, "Report"). As no party filed a timely objection to the Report, the court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT judgment shall be entered dismissing the Petition without prejudice.

IT IS SO ORDERED.

Dated: March 27, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2