JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VISHAL,

                Petitioner,

      v.

FERETI SEMAIA, *et al.*,

                Respondents.

Case No. 5:26-cv-00315-FLA (JDE)

**JUDGMENT**

    Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

    IT IS ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

Dated: March 27, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1